COMMONWEALTH PROPERTY ADVOCATES, Plaintiff–Appellant,

v.

U.S. BANK NATIONAL ASSOCIATION, as Trustee for the Adjustable Rate Mortgage–Backed Pass–Through Certificates, Series 2007–2, Mortgage Electronic Registration Systems, Defendants–Appellees.

No. 11–4168.

United States Court of Appeals, Tenth Circuit.

March 6, 2012.

E. Craig Smay, Esq., E. Craig Smay P.C., Salt Lake City, UT, for Plaintiff–Appellant.

Martin K. Banks, Timothy K. Conde, Timothy M. Considine, Stoel Rives, LLP, Salt Lake City, UT, for Defendants–Appellees.

Before LUCERO, HARTZ, and O'BRIEN, Circuit Judges.

## ORDER AND JUDGMENT*

PER CURIAM.

The issues presented in this appeal have been previously decided. Counsel were given an opportunity to distinguish our prior cases but Appellant's counsel used that opportunity to criticize, rather than

* After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed. R.App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R.App. P. 32.1 and 10th Cir. R. 32.1.

 

distinguish, them. There is nothing more to say. AFFIRMED.